IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 12-80225 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Davide Golia – #118464

/

    Because Davide Golia has failed to respond to the order to show cause, Mr. Golia's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: October 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE